IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:07-CV-268-GCM

VALUEPEST.COM OF AMERICA, INC.,

Plaintiff,

v.

BAYER CROPSCIENCE LP, LOWE'S COMPANIES, INC., AND HOME DEPOT USA, INC.,

Defendant.

**ORDER**

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice. [Docket # 19].

Defendants have submitted answers, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

Signed: June 16, 2008

Graham C. Mullen
United States District Judge